62 A.3d 374

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Sherman McGOTH a/k/a Sherman McGeth, Petitioner.**

No. 214 EM 2012.

Supreme Court of Pennsylvania.

Feb. 28, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of February, 2013, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.